## Commonwealth *v.* Hindin, Appellant.

Argued September 9, 1969. *Charles Polis*, with him *Polis and Polis*, for appellant; *Stewart J. Greenleaf*, Assistant District Attorney, with him *Richard A. Devlin*, Assistant District Attorney, *Parker H. Wilson*, First Assistant District Attorney, and *Milton O. Moss*, District Attorney, for Commonwealth, appellee.

Order affirmed.